UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JUSTIN GOLDMAN,

                                Plaintiff,

                 -against-                                26-cv-0774 (LTS)

SWING JUICE LLC AS IT EXISTED IN                         CIVIL JUDGMENT
2016, ET AL.,

                                Defendants.

For the reasons stated in the March 13, 2026, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's

judgment would not be taken in good faith.

SO ORDERED.

Dated:   March 16, 2026
         New York, New York

                                        /s/ Laura Taylor Swain
                                        LAURA TAYLOR SWAIN
                                        Chief United States District Judge